

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of B.F. and B.F., Children

No. 06-24-00100-CV

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 92003). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant pay all costs incurred by reason of this appeal.

RENDERED AUGUST 7, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk